**SENDER: COMPLETE THIS SECTION**
- Ensure Items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INTERSTATE MANAGEMENT COMPANY, LLC
CORPORATION SERVICE COMPANY, INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY AL 36104-5809

CV NO: 7:18-CV-01626-LSC

9490 9118 9956 0701 9150 50

2. Article Number (Transfer from service label)

9414 7118 9956 0701 9150 18

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Addressee ☑ Agent

B. Received By: (Printed Name): Kelly Webster
C. Date of Delivery: 10-17-18

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®

Domestic Return Receipt

FILED
2018 Oct-22 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA